AO 242 (Rev 09/17) Petition for a Writ of Habeas Corpus Under 28 U S C  § 2241

# UNITED STATES DISTRICT COURT
for the

MARIA SICINSKA *Prose Se for*
                *ourself*
*Petitioner*

v.

*Respondent*
Google and others (list of defendants) (18 CV 740) number of
my case au my hardwritten complaint
(name of warden or authorized person having custody of petitioner) attach rights to the text protected)

Case: 1:20-cv-00259
Assigned To : Unassigned
Assign. Date : 1/31/2020
Description: Habeas /2255 (G-DECK)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: MARIA SICINSKA daughter of Henry;
   (b) Other names you have used: MARIA JADWIGA SICINSKA

2. Place of confinement:
   (a) Name of institution: obz today in dublolwiec jail;
   (b) Address: At Sdorosluicoc 6 street; 42-700 POSTAL CODE
   poland, Ele;
   (c) Your identification number:

3. Are you currently being held on orders by: I are not a protected agent; I are
   ☐ Federal authorities  ☐ State authorities  ☑ Other – explain: reporter; guradgeya
   To my knowledge I are answer to polish courts which be a plaint in the US
4. Are you currently: pro se for ourself, and never under the US
   court jurisdiction;
   ☑ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime

   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: Sad Okregowy in Lodzi XVIII
   Sad Apelacyjny in Lodz VII; IIWe 53/16 Sad Okregowy in Piotrkow 809/12
   VIII K G25/13 (b) Docket number of criminal case: XVIII K 200/12; IIA K a44+ IIIK 53/16
   iix Prog/os (c) Date of sentencing: 18 . X . 2007; 10 . X . 2011; 27 . III . 2016; 19 IX.
   ☐ Being held on an immigration charge  I are innocent and the evidence to my innocence
   is peuding others in my mail boxes as well as proves to my
   health under the decisions made in my cases; I have been
   found innocent in cases: VIK169/10; VR 485/07. The conflict of
   interest between US and Polish just Person cited actioust political manipulation of officers
   ### Decision or Action You Are Challenging leads to and threat to health and
5. What are you challenging in this petition? US to US just Person cited actioust my life
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example,
     revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

❏ Pretrial detention

❏ Immigration detention

❏ Detainer

☑ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

❏ Disciplinary proceedings

❏ Other *(explain):* *[handwritten]* Civil Rights Violation; Herbege Rights Violation; Detering rights Violation; victim of rape rights violation and destruction of file and my Due rights [illegible]

6.    Provide more information about the decision or action you are challenging:

(a)  Name and location of the agency or court: *[handwritten, illegible]*

(b)  Docket number, case number, or opinion number: *[handwritten, illegible]*

(c)  Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed):* *[handwritten, illegible]*

(d)  Date of the decision or action: *[handwritten]* 16 IV 2019 *[illegible]*

7.    **Your Earlier Challenges of the Decision or Action** *[illegible handwriting overlapping]*

First appeal *[handwritten, illegible]*

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☑ Yes            ❏ No

(a)  If "Yes," provide:

(1)  Name of the authority, agency, or court: *[handwritten]* USA Court of Justice, District Court on the 1.7.2019 *[illegible]* I have [illegible] of sending it to Court, in progress

(2)  Date of filing:

(3)  Docket number, case number, or opinion number:

(4)  Result:

(5)  Date of result:

(6)  Issues raised:

(b)  If you answered "No," explain why you did not appeal:

8.    **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

❏ Yes            ❏ No

AO 242 (Rev 09/17) Petition for a Writ of Habeas Corpus Under 28 U S C § 2241

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court:

    (2) Date of filing:

    (3) Docket number, case number, or opinion number:

    (4) Result:

    (5) Date of result:

    (6) Issues raised:

(b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

❏ Yes          ❏ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court:

    (2) Date of filing:

    (3) Docket number, case number, or opinion number:

    (4) Result:

    (5) Date of result:

    (6) Issues raised:

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

❏ Yes          ❏ No

If "Yes," answer the following:

(a)     Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

        ❏ Yes          ❏ No

If "Yes," provide:

(1) Name of court:

(2) Case number:

(3) Date of filing:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

❒ Yes ❒ No ✓

If "Yes," provide:

(1) Name of court:

(2) Case number:

(3) Date of filing:

(4) Result:

(5) Date of result:

(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: I am in the process of my first motion in this matter as of 1-7-2019 made to the District Court USA supplemented by this documentation with the decision of the Court upon my direct telephone conversation in terms of my appeal in the case which resulted in this documents delivered to me to fill in and sent back to the Appeal Court in District Court, Washington DC USA for procedure)

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

❒ Yes ❒ No I am in the process of resigning from the polish citizenship since 11/2017 polish President Andrej Duda, has violated my civil Rights in this procedure, [illegible]

If "Yes," provide:

(a) Date you were taken into immigration custody:

(b) Date of the removal or reinstatement order:

(c) Did you file an appeal with the Board of Immigration Appeals?

❒ Yes ❒ No

[illegible]

AO 242 (Rev 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d)   Did you appeal the decision to the United States Court of Appeals?
      ☑ Yes                    ☐ No
      If "Yes," provide:
      (1) Name of court: *The USA Court of Appeal up the District Court in*
      (2) Date of filing: *Washington DC USA, Ministry of 2019 by record*
      Case (3) Case number: *18-11 2018 first class record, primitive;*
      (4) Result: *in progress*
      (5) Date of result:
      (6) Issues raised: *The evidence to my innocence in all cases of mine produced against me illegally in Poland and with my civil and human rights, as forth in my case against my police force in Poland Like Polish policy for my individual liberty, I have these and my very civil as... the evidence is of cases too but people which I could have to court...*

12.   **Other appeals**
      Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues in my 4 years imprisonment and raised in this petition? *the consequences by my...*
      ☐ Yes        ☑ No *genocide in Poland, they and the extent procedure in Poland and USA so for _*
      If "Yes," provide:
      (a) Kind of petition, motion, or application:
      (b) Name of the authority, agency, or court: *The first appeal is in progress in the USA Court from District*
      (c) Date of filing: *in Court of Appeal in Washington DC, USA*
      (d) Docket number, case number, or opinion number:
      (e) Result:
      (f) Date of result:
      (g) Issues raised:

AO 242 (Rev 09/17) Petition for a Writ of Habeas Corpus Under 28 U S C. § 2241

## Grounds for Your Challenge in This Petition

13.  State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** My right to a fair trial in my present situation, and to free being in jail without harassment and discrimination, as I am the owner of this conciliatory inventory, and my right to freedom rules in jail conditions due to the conflict of interest due

(a) Supporting facts *(Be brief Do not cite cases or law)*: Because the court blocked/violated to my right to conduct personal my rights to personal safety and to health care to the civilous being delivered to the jail, my right to successful with respect to my rights complaint regarding which has been being violated previously, as I informed that Laurer University of Massachusetts on 6-9-2019 and

(b) Did you present Ground One in all appeals that were available to you? on the 10-9-2019 in terms
☐ Yes   ☐ No

**GROUND TWO:** The mail from the USA district court has not been delivered to me as the conflict of business between me and polish institutions and for political grounds; which violates my civil rights.

(a) Supporting facts *(Be brief Do not cite cases or law)*: I was informed that the Court has released me from the costs of the procedure, agreed that the Court demand that fees as the plaintiff shall be filled in and based back within his claim; polish institutions failed to deliver the post from USA court because the court raised

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes   ☐ No

**GROUND THREE:** The ground for appeal responsible for the violation as deliver the claim directed to court is polish institutions are the pure political and ideological religious grounds against law; not due me

(a) Supporting facts *(Be brief Do not cite cases or law)*: I am incarcerated and the post is being delivered to me by the jail Heigley on my rights which has not been delivered to me as the civil rights violation of my rights. This is the only solution as the basis of agreement with USA citizen Mr George Heigley in 2003

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☐ No

The first appeal is now being processed against my civil and by the Court in the price of this my relevant rights also my documentation being filled in a court.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** The violation of my civil rights in terms of my health, lack of professional treatment, neurology, cardiology, dentistics, cardiology, blood pressure and fabricated in a humy false medical documentation ending with the

(a) Supporting facts (Be brief. Do not cite cases or law): psychological opinions in psychiatry. I have been diagnosed as healthy young and which I am psychically and psychologically but I am the losses of memory acquired which till this have not yet been properly diagnosed upon the specialistic examination such as the EEG, CT, PET SCAN test. I am awaiting the dentistic visits, as the act of despair I sent a tooth to court due to negligence of the dentist inside jap.

(b) Did you present Ground Four in all appeals that were available to you? of the dentist inside jap.
☐ Yes   ☑ No

14.  If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: I was afraid, because of the discrimination due, all the ideological, faith and political issues and as a answer who rights for my innocence in court and for my evidence of my innocence in the cases in Poland and for my innocence, violations and claim demands for the penalties, innocence and claim demands for the penalties, innocence and in the cases in which court has found me innocent

15.  State exactly what you want the court to do: Transport me physically to jail outside Poland and proceed in my complaint out to order the google to release the evidence of my innocence get to courts so that I have a fair trial and this leads to me being found innocent upon evidence from google and defendants in this case - Proper medical care, upon solid medical examination and protection of my body. The revision of the verdicts in the criminal and civil cases upon the respect of my civil rights being respected by the Court and the judges in those cases with the rights to defence respected to equality of the parties to the cases. I am a Ph. D. holder, wrote my Ph.D. dissertation myself. Thank you I am the author of it myself, and with Respect, Your the only author of my invention & Method of technical review languages especially to author language games I am the author of the analical languages system with rights of the laws

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U S C. § 2241

### Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: *I have been Incercerated on the 14th XI. 2011*

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct.  I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: *22. 9 2016*

*Maria Giurisdae Ph.D*
*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*

AO 241 (Rev 09/17)

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: _Columbia_ |
|---|---|

| Name (under which you were convicted): _MARIA SICINSKA c. HENRY_ | Docket or Case No.: _18 CV 1440_ |
|---|---|

| Place of Confinement: _at present o/z Henry 14 Lublinec, at Sosnowiec 6; 42-700 Postal Code LUBLINIEC_ | Prisoner No.: _1544230_ |
|---|---|

| Petitioner (include the name under which you were convicted) | Respondent (authorized person having custody of petitioner) |
|---|---|
| _MARIA SICINSKA daughter of HENRY_ | _Court 14 Łódź, XVIII k 209 at Sosnowiec street 5 48-621 Postal Dabrowszczega Street 5_ |

The Attorney General of the State of: _PR Łódź - Polski; Poland, EU; Cyklowska Konoda_

## PETITION

1.   (a) Name and location of court that entered the judgment of conviction you are challenging:

_1) Sąd Okręgowy w Łódź, Dabrowszkiega 55 Street, 40-621 Postal Code Łódź; XVIII k 209/12, II Aka 84/17, II C 725/19, II Aka 85/19, Sąd Okręgowy Rejon III k 53/116; II Aka 182/18, II k 221/09 SR III k VII k_

   (b) Criminal docket or case number (if you know): _III k 59 14, 108, Sąd Okręgowy Łódź III k 59 14 - the evidence to my innocence is in google usa account this is my google usa account this is my_

2.   (a) Date of the judgment of conviction (if you know): _acquit my all case Olkenburg illegally illegally 31.X.2016; 10.X.2017; 27.III.2018 with violation of my civil rights_

   (b) Date of sentencing: _19.IX.2018_

3.   Length of sentence: _9,5 years; and 2 years; and 125 days; illegal and unjust verdict_

4.   In this case, were you convicted on more than one count or of more than one crime?  ☑ Yes  ☐ No

5.   Identify all crimes of which you were convicted and sentenced in this case: _the article 286 bk, 284 bk, and tax office offence (meaning the fraud; forgery; and theft which I have not done); the evidence to my innocence is in my mail boxes, the google usa copy has the contents they answered to Court 14 Łódź; yet refused 14 209 to deliver the evidence to my innocence to polish courts to 14 II trials)_

6.   (a) What was your plea? (Check one) _me and my defence lawyer no_

     ☑ (1)  Not guilty      ☒ (3)  Nolo contendere (no contest) _no_

     ☒ (2)  Guilty _no_      ☒ (4)  Insanity plea _no_

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? *I plead not guilty in all the cases; since my companies are being registered legally; legal bookeeping accounts; legal and very good education Ph.D. inventor with my property to my invention; throught the years in played all the defence lawyers pleaded not guilty; the prosecutor F. Muhan in Prosecution...* (If you went to trial, what kind of trial did you have? (Check one): *pleaded not guilty as well, that there are no criminal aspects in my company and in my actions; and that I am psychiatrically mentally healthy;*

☑ Jury   ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing? ☑ Yes   ☐ No

8. Did you appeal from the judgment of conviction? ☑ Yes   ☐ No

9. If you did appeal, answer the following:

(a) Name of court: *Court of Appeal; at Gelpno. cranebanca by GP-821 Postgl Code Sorch*

(b) Docket or case number (if you know): *IT Abca 84/17.*

(c) Result: *sustained; no rights for defence; no evidence to my innocence delivered to courts;*

(d) Date of result (if you know): *10-X-2017*

(e) Citation to the case (if you know):

(f) Grounds raised: *that the registry of the company; my education Ph.D. holder; work towards my professor's book ready; and work toward to my success; the work of mine did not fullfill the conditions of the criminal case; and criminal registry; Defence lawers pleaded not guilty for my benefit; even the prosecution Prosecutor Iman Muhan claimed that my defence as I did not.*

(h) Did you seek further review by a higher state court? ☑ Yes   ☐ No

If yes, answer the following:

(1) Name of court: *Said Appeasley in Warsaw; at Plac Polcsusha*

(2) Docket or case number (if you know): *S.00-GSO IT ABDA to the case of the identical subject; III a 53/4/6 SG Barani; and XVII 209/12 sustained without any rights to defence; and my Rights violated; grounds for abuse in the complaint procedure my*

(3) Result: *I do not bring the works of those cases;*

AO 241 (Rev. 09/17)

(4) Date of result (if you know): —4—

(5) Citation to the case (if you know): —4—

(6) Grounds raised: *Like in the previous description on the previous page of this official chart.*

(h) Did you file a petition for certiorari in the United States Supreme Court? ☐ Yes

If yes, answer the following: *Not yet at this stage of the proceedings; it is now yet the Court of Appeal procedure;*

(1) Docket or case number (if you know):

(2) Result:

(3) Date of result (if you know):

(4) Citation to the case (if you know):

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court? ☐ Yes ☑ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? ☐ Yes ☑ No

(7) Result: *I have applied for any hearing in the form of any question and I am awaiting for the decision of the court.*

AO 241 (Rev. 09/17)

(8) Date of result (if you know):

(b) If you filed any second petition, application, or motion, give the same information: *In the first attempt of mine*

    (1) Name of court:

    (2) Docket or case number (if you know):

    (3) Date of filing (if you know):

    (4) Nature of the proceeding:

    (5) Grounds raised:

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ❐ Yes    ❐ No

    (7) Result:

    (8) Date of result (if you know):

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court:

    (2) Docket or case number (if you know):

    (3) Date of filing (if you know):

    (4) Nature of the proceeding:

    (5) Grounds raised:

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☒ No   *I am awaiting for the evidence to see defence from my email boxes to back up my*

(7) Result: _____

(8) Date of result (if you know): *at ny for my hearing in the case which*

*is open due to violation of torture ∞ violation*

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, *of my civil rights*,

or motion?

(1) First petition:   ☒ Yes   ☐ No

(2) Second petition:  ☐ Yes   ☒ No

(3) Third petition:   ☐ Yes   ☒ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

*I have been and I am appealing as of now.*

12.  For this petition, state every ground on which you claim that you are being held in violation of the Constitution,
laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts
supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available
state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set
forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

GROUND ONE: *My rights to defence violated ; my motions for witnesses, evidence neglected, I am hostage not prisoner*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

*The many witnesses such as the secret service president Hanjes Plasniski ; politicians such ministry of the justice Audrey Azumic ; financs: Cezary Heel ; taxman as the president of the company of value Tanbe pratically ; witnesses from : USA physical, ClA, Germany, Ukraine, RPA , not heard ; money not counted paid to banks ; 80 page ... *

(b) If you did not exhaust your state remedies on Ground One, explain why:  *My plaidiffing not they neglected ; no grounds for sentencing ; riticorcer action*

*I did so for ; I am not a lawyer yet to my knowledge and I am temporary arrested ; I did call I passib my could in the case - appealing not at the Court in the USA -*

AO 241 (Rev. 09/17)

(c)     **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?       ☐ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:  *to polish Supreme- Court in Warsaw;*

Name and location of the court where the motion or petition was filed:

*Sad okregowy is Warszawie, at Pl. Kdaszyshech 214/6 R*

Docket or case number (if you know):  *II Aka 84/17 02 -450 WARSAW Code*

Date of the court's decision:  *Court of Appeal in 2002*

Result (attach a copy of the court's opinion or order, if available):  *has refused my right to appeal to Sad okregowy in this case;*

(3) Did you receive a hearing on your motion or petition?       ☐ Yes    ☒ No

(4) Did you appeal from the denial of your motion or petition?       ☒ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?       ☒ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:  *Court of Appeal (2002)*

*at G. Dawtowsia 64 00-130 2002*

Docket or case number (if you know):  *II Aka 84/17*

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

*I was refused by the polish proud by polish government lawyer the right of equle to appeal To the Court of Appeal in this case meaning to the Supreme Court in Warsaw, (Sad okregowy), in*

AO 241 (Rev 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have

used to exhaust your state remedies on Ground One: *like I described in this document/law,*
*I have filed my appeal complaint; the case as of*
*the 18th of June 2019; this case complaint;*

**GROUND TWO:** *I'm in ground one at this stage awaiting*
*the processing by the Court;*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

*the apparent violation of my Civil Rights which*
*comes from the case the accuseds, and the*
*speeches and handwriting of mine and*
*the defence lawyers of mine, as not guilty.*

(b) If you did not exhaust your state remedies on Ground Two, explain why: *I took all the steps*
*which are at my disposal, by myself and still*
*I am in the process of fighting for my rights as*
*innocent to the cases for freedom, fair trial, and for the*
*opal acquisition to the accusations;*

(c)      **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?      ☐ Yes      ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d)      **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes      ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

AO 241 (Rev 09/17)

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?                                    ❐ Yes        ❐ No

(4) Did you appeal from the denial of your motion or petition?                              ❐ Yes        ❐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ❐ Yes        ❐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)      **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Two :

**GROUND THREE:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why:

(c)    **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
☑ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: *Habeas Corpus*

Name and location of the court where the motion or petition was filed: *United States District Court, 333 Constitutional Avenue, Washington DC*

Docket or case number (if you know): *18 CV 440     18 CV 1440 USA*

Date of the court's decision: *24. 8. 2018 ;     22 11 - 2018 ; right for*

Result (attach a copy of the court's opinion or order, if available): *Final Court Appeal notice ; claim depend for 45 days to tell M. claim depend and seed becel ...*

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?    ☑ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☑ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: *District Court Washington DC USA re this Appeal Procedure Case released free the costs of the procedure ;*

Docket or case number (if you know): 

Date of the court's decision: *22 4. 2019 final Appeal notice 45 sayd my appeal on the 1. 4. 2019 ...*

Result (attach a copy of the court's opinion or order, if available): *The appeal procedure in progress .*

Page 10 of 16

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Three: *Habeas Corpus application and payment 5$ declaration attached to this documentation*

**GROUND FOUR:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

*Like I wrote in this documentation; I am held hostage, there had been no rights for my defence in the cases; I am being kept imprisoned in period on different grounds than presented in the documents, not spelled in writing revealed to me, upon the documentation of my being sane, healthy, which I agree with; which is the violation of my civil rights; and human rights;*

(b) If you did not exhaust your state remedies on Ground Four, explain why: *Yes I did;*

(c)    **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☑ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d)    **Post-Conviction Proceedings**:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: *Habeas Corpus*

AO 241 (Rev 09/17)

Name and location of the court where the motion or petition was filed: *333 Constitutional Avenue Washington DC USA*

Docket or case number (if you know): *18 CV 740 | 18 CV 740*

Date of the court's decision: *22-4-2019*

Result (attach a copy of the court's opinion or order, if available): *poland has updated her civil rights and did not deliver to me the declaren demand, there i have suffered consequence of polish update challenge*

(3) Did you receive a hearing on your motion or petition? *O* ☐ Yes ☐ No *which*

(4) Did you appeal from the denial of your motion or petition? ☑ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☑ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: *USA District Court of Justice and wa this Court to Court of Appeal in Washington DC USA*

Docket or case number (if you know): *18 CV 740 (18 CV 740)*

Date of the court's decision: *30-11-2019*

Result (attach a copy of the court's opinion or order, if available): *release froze the costs of the proceedings and the right of mine to appeal which i do in my appeal sent on 1-4-2019 and me those demands*

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: *I used the habeas corpus motion for which I have applied in this document*

AO 241 (Rev 09/17)

13. Please answer these additional questions about the petition you are filing:

    (a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court

        having jurisdiction?  ☐ Yes  ☑ No  *I am applying for this now*

        If your answer is "No," state which grounds have not been so presented and give your reason(s) for not

        presenting them: *I have been granted this right and I place the motion for this in this complaint.*

    (b)    Is there any ground in this petition that has not been presented in some state or federal court?  If so, which

        ground or grounds have not been presented, and state your reasons for not presenting them:

        *I have presented in my appeal 17-2019 and in this documentation*

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction

    that you challenge in this petition?  ☑ Yes  ☐ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues

    raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy

    of any court opinion or order, if available. *I have required the text of my appeal in this case in my handwriting on the 1st of July 2019 to the USA court;*

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for

    the judgment you are challenging?  ☑ Yes  ☐ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues

    raised. *USA District Court 18CV/740 in the appeal procedure I have been informed by the court of appeal that the case has not yet been pending there so this is being processed in the court of District USA;*

AO 241 (Rev 09/17)

16.    Give the name and address, if you know, of each attorney who represented you in the following stages of the

judgment you are challenging:

(a) At preliminary hearing:

*I am representing myself as "Pro Se" for*
*myself" - I do not have any lawyer to represent me*

(b) At arraignment and plea:

*and no one has contacted me here before*
*in this matter; Concerns all the stages*

(c) At trial:

*of court proceedings;*

(d) At sentencing:

(e) On appeal:

(f) In any post-conviction proceeding:

(g) On appeal from any ruling against you in a post-conviction proceeding:

17.    Do you have any future sentence to serve after you complete the sentence for the judgment that you are

challenging?          ☑ Yes   ☐ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

*Court in Poland; Said Category in Poland; at*
*Henry Kasza drogo 32 + 81 - 115 Postal Code Poland;*

(b) Give the date the other sentence was imposed *121018, 12 5 days in Poland 2 ybc*

(c) Give the length of the other sentence: *is here - the date is; 07-11-2018;*

*in Akc 122 116 - 19 9 2018;*

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the

future?          ☑ Yes   ☐ No

18.    TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain

why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

*It hasn't became final yet as it happens*
*on the 19.9.2019; and 23.8.2020; in*
*those cases; the challenged here verdict 85/19 by Court*
*of Appeal X902 is final in Poland on the*
*16.11.2019 and the one year Term is*
*on the 16.11.2020 from the challenged*
*verdict XVII 2 5009 in in Akc 84/17 + 16-V 2019 one*

AO 241 (Rev. 09/17)

All the jail polish sentences can be challenged in that the year twenty up all to 2020 according to the subject of the case, the Federal status to the defendant being the status of well; my FBI submitted cases since 2015 and directly the 2018 including the Civil Rights violation, including the aspect of the violation to deliver to me the 45 day period of time to deliver to me the claim demand from the USA District Court in the case 18CV1440; now at the Appeal stage; I have been granted from the USA Court the right for Appeal and the Final Appeal Notice, and the release from the cost of the procedure for which I thank the USA County and express my gratitude for the respect of my rights as the plaintiff I justice to the case and the party to it with my Civil Rights being respected by the USA Federal and Justice System.

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

    (1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

        (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

        (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

        (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

        (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.



AO 241 (Rev 09/17)

(2)     The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: *the notice to people case usa to release the full content of my prison boxes as in my complaint, and reimbursement of my costs - to the judgement and decision of your Honour -*

or any other relief to which petitioner may be entitled.

*Pro Se "for oneself" Hanna Skierska Ph.D.*

Signature of Attorney (if any)

---

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for

Writ of Habeas Corpus was placed in the prison mailing system on *IX - 23 - 2019* (month, date, year).

*Mailed First Class Priority Mail august 41 clotych prepaid by me to this week, and 5$ habeus corpus wp mail processing and fone my own precedent this would upon the ... ... ...*

Executed (signed) on *23 - 9 - 2019* (date).   *Hanna Skierska Ph.D.*

*Plaintiff Pro Se
4 for oneself*

*Hanna Skierska daughter of Henny s
Ph.D.*    Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

AO 243 (Rev. 09/17)

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT

SENTENCE BY A PERSON IN FEDERAL CUSTODY

| **United States District Court** | District | |
|---|---|---|
| Name *(under which you were convicted):* SICINSKA HARIA daughter of Heeley | | Docket or Case No.: |
| Place of Confinement: United States Court | | Prisoner No.: 1544260 |
| UNITED STATES OF AMERICA | Movant *(include name under which convicted)* | |
| Plaintiff Sicinsda Haria | google.com usa and othes | |

**MOTION**

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

Court in Lodz; Sad Okregowy in Lodz; at Court Okregowego f 90-921 Lodz Postal Code II Aka 55/19 Court of Appeal f Aka 54/17 Court of Appeal; XVIII 200/12 5/19 XVIII k 2011/2, III k 213/16; first District Court; II5 the

(b) Criminal docket or case number (if you know):

(a) Date of the judgment of conviction (if you know): 4 9 2018 text of Sceue case 2016 10 X 2016; (b) Date of sentencing: 27 III 2016 nov 9 2018)

3. Length of sentence: 9,5 years; 8 years; 125 days subsequently so of my 85 14 on 20.8.2010 which I do

4. Nature of crime (all counts): fraud, which challenge I was prolonged to the 66 is not right penod of imprisonment to the 66 as there are up 2024 without any reason that case grounds to state which is the wolatoer of the Civil rights this i demy innocent, so do my lawyers line;

5. (a) What was your plea? (Check one)
   (1) Not guilty [✓]    (2) Guilty [ ]    (3) Nolo contendere (no contest) [ ]

6. (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

In all cases fabricated by poland as my lawyer wrote to central bureau of Investigation on the 19 I 2011 I am innocent; I get sentenced becuse google did not reveal my evidence of innocence facts. In

6. If you went to trial, what kind of trial did you have? (Check one)   Jury [ ]   Judge only [✓]

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes [ ]   No [✓]

AO 243 (Rev 09/17)

8. Did you appeal from the judgment of conviction?     Yes ☑     No ☐

9. If you did appeal, answer the following:
   (a) Name of court: USA District Court, 333 Constitutional Avenue,
   (b) Docket or case number (if you know): Washington DC, USA;
   (c) Result: I am appealing this;
   (d) Date of result (if you know):
   (e) Citation to the case (if you know):
   (f) Grounds raised: period did not deliver to me the jail the claim deliverd from the USA Court to be filled in during 45 days and send back to Court which had been the grounds for the Judges ruling in the 22-11-2019 and since this his not been my but I challenge this verdict to the

   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☑ not yet
   If "Yes," answer the following: I am at appeal step now.
   (1) Docket or case number (if you know): _____
   (2) Result: _____

   (3) Date of result (if you know):
   (4) Citation to the case (if you know):
   (5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?
    Yes ☑   No ☐   AS 7-2019 to the District Court in Washing
    DC, USA; AS 6-2019 to the USA District Court 2019 to the
11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: USA District Court, Deport Department of Justice and
    Department (2) Docket or case number (if you know): AS (VNPC) I am the plaintif and
    (3) Date of filing (if you know): used the and action NO LAWERS in
    AS 7-2018 in I im awaiting sole, independent verdict
    the District Capital Court at the deportion and im sigued plaintif
    I im awaiting for the ruling in the Courts of Appeal
    in the District Court deicid in the Deportment of Justice

AO 243 (Rev. 09/17)

(4) Nature of the proceeding: *Appeal ; District and Department of Justice directly upon the instruction from the District Court inviled on the 2.9.2019*

(5) Grounds raised: *As in the text of this motion placed in this documentation in my miundenthing.*

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐   No ☑ *I am applying for such hearing e.g. not sitting on the internet to rest upon the decision of our hearing*

(7) Result:

(8) Date of result (if you know):

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: *District Court USA, Department of Justice;*

(2) Docket of case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐   No ☑

(7) Result:

(8) Date of result (if you know):

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition: Yes ☑   No ☐ *My during the proceeding in the case 18 CV 7400 and the District court in my appeal 19.2019 and in this document ;*

(2) Second petition: Yes ☐   No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: *4 appeal ;*

*My*

AO 243 (Rev. 09/17)

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** *I did not have my evidence witnesses, and documents (also free google) delivered to Court as I*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): *have applied in my handwriting to Court in the years 2011 - 2019; My civil rights violated to my rights of defence i and as a plaintiff in that my constitutional rights violated, even the use of It conditioned in poland which is against the International Laws also as the Inventor and author of the invention R-31108/1 which I will add the letter.*

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☑   No ☐

(2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☑   No ☐

(2) If you answer to Question (c)(1) is "Yes," state:
Type of motion or petition: *To Court of Appeal in Łódź, Poznań ani*
Name and location of the court where the motion or petition was filed: *Wrocław At y. Wierzbowa 64 Street Postal Court Code 90-928x*
Docket or case number (if you know): *# Aka SY 114, # Aka 851 Qi*
Date of the court's decision: *16.V - 2019; alict 10-X-2017;*
Result (attach a copy of the court's opinion or order, if available): *Attached in the original provided by Court to my issue and lost issue.*

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐   No ☑

AO 243 (Rev. 09/17)

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☑   No ☐

*Y has applied for the complained to the fed litigating the petition*

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

*Now it is in the court of appeal in Xadi to decide;*

Docket or case number (if you know):

Date of the court's decision: *16-V = 2019; 16-X = 2017; 51-X 2019*

Result (attach a copy of the court's opinion or order, if available): *attached;*

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: *I appeal if the law allows and it does;*

**GROUND TWO:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☐

AO 243 (Rev. 09/17)

(2)   If you did not raise this issue in your direct appeal, explain why:

*i dit i* [handwritten, illegible]

(c)  **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☑        No ☐

(2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: *habeas corpus*

Name and location of the court where the motion or petition was filed:

*USA district court*

Docket or case number (if you know): *y dion 4 diego*

Date of the court's decision: *havit decided yet*

Result (attach a copy of the court's opinion or order, if available):

(3)   Did you receive a hearing on your motion, petition, or application?

Yes ☐        No ☑

(4)   Did you appeal from the denial of your motion, petition, or application?

Yes ☐        No ☑

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐        No ☑

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

AO 243 (Rev 09/17)

**GROUND THREE:**

    (a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):



    (b)  **Direct Appeal of Ground Three:**

        (1)  If you appealed from the judgment of conviction, did you raise this issue?

               Yes ☐     No ☐

        (2)  If you did not raise this issue in your direct appeal, explain why:

    (c)  **Post-Conviction Proceedings:**

        (1)  Did you raise this issue in any post-conviction motion, petition, or application?

               Yes ☐     No ☐

        (2)  If you answer to Question (c)(1) is "Yes," state:

        Type of motion or petition:

        Name and location of the court where the motion or petition was filed:

        Docket or case number (if you know):

        Date of the court's decision:

        Result (attach a copy of the court's opinion or order, if available):

        (3)  Did you receive a hearing on your motion, petition, or application?

               Yes ☐     No ☐

        (4)  Did you appeal from the denial of your motion, petition, or application?

               Yes ☐     No ☐

        (5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

               Yes ☐     No ☐

*Appeal on the first ground of the first time*

AO 243 (Rev. 09/17)

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_The State Court , state of Illinois ;_

Docket or case number (if you know):

Date of the court's decision: _Yes awaiting_

Result (attach a copy of the court's opinion or order, if available):

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_Appeal as the court sent the final Appeal notice ;_

**GROUND FOUR:**

(a)   Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

(b)   **Direct Appeal of Ground Four:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐      No ☐

(2)   If you did not raise this issue in your direct appeal, explain why:

(c)   **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐      No ☐

(2)   If you answer to Question (c)(1) is "Yes," state:

AO 243 (Rev 09/17)

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3)  Did you receive a hearing on your motion, petition, or application?

Yes ☐       No ☐

(4)  Did you appeal from the denial of your motion, petition, or application?

Yes ☐       No ☐

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐       No ☐

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

13.   Is there any ground in this motion that you have <u>not</u> previously presented in some federal court?  If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

AO 243 (Rev. 09/17)

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?   Yes ☑   No ☐

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

18 CV 1440 USA district Court in the procedure to the Appeal, Court in my understanding, the Court will guide this in the Appeal procedure upon validing this documentation;

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At the preliminary hearing:

(b) At the arraignment and plea:

(c) At the trial:

(d) At sentencing:

(e) On appeal:

(f) In any post-conviction proceeding:

(g) On appeal from any ruling against you in a post-conviction proceeding:

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ☐   No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☐   No ☐

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐   No ☐



AO 243 (Rev 09/17)

18.  TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

*As in the handwritten pages attached to my complaint.*

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section.  The limitation period shall run from the latest of –

(1)  the date on which the judgment of conviction became final;

(2)  the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3)  the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4)  the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.



AO 243 (Rev 09/17)

Therefore, movant asks that the Court grant the following relief: *notice to google to release*
*would i call for perjury the terms of the defendants like me*

or any other relief to which movant may be entitled.

*Marca Sicilska Ph.D daughter*
_____
Signature of Attorney (if any)
*Pro se* *for deceased* *of Henry*
*retrigerant*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion
under 28 U.S.C. § 2255 was placed in the prison mailing system on *9 23 2019* *Marca Sicilska Ph.D.*

(month, date, year)

*daughter of Henry*

Executed (signed) on *23 9 2019*                    (date)
*Marca Sicilska Ph.D.*

Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

**(DO NOT WRITE ON SAMPLE FORM)**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing [Insert Title of Document

here] was served by first-class mail, postage prepaid, on the _20_ day of

_September_ , 20 _19_ , upon:

[List Defendants and Addresses here]

*in the handwritten attachment page I with
the address of each defendant* ~~Harriet Struble Ph.D.~~

(Signature) *daughter of Harriet
Pro Se " for dieself "
Li Triquart*

